# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136895-97 & (65)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES DEWITT,
        Plaintiff-Appellant,
        Cross-Appellee,

v

SEALTEX COMPANY, INC., LLOYD
KONING, and MARLA KONING,
        Defendants, Cross-Appellants,
and

LS MOLD, INC., SEALTEX CUSTOM
MOLDING, L.L.C., LARRY KONING, and
DAVID KONING,
        Defendants-Appellees,
        Cross-Appellants.
_____/

SC: 136895-97
COA: 273387, 273390, 275931
Muskegon CC: 03-042586-CK

      On order of the Court, the application for leave to appeal the June 5, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

1020